Dear Ms. Rosenberg:
Our original opinion, number 01-38, had some typographical errors that we need to correct in this "A" opinion. The correct certification numbers from the registrar with regard to the recall petition for Rickey Aaron Jones, Sheriff, Parish of Tensas are as follows:
 Total number of names appearing on the petition ............. 1630
 Total number of names appearing on the petition who are not electors of the voting area .............................. 157
 Final total of validated signatures [Total number of validated signatures = 1473, plus total number of validated requests to have voter's signature added = 0, minus total number of validated requests to have voter's signature stricken = 117] ................................... 1356
 Total number of qualified electors of the voting area within the parish whose signatures appear on the petition .................................................... 1356
 Total number of electors of the voting area within the parish as of the date of filing of the petition with secretary of state .......................................... 4647
The registrar certified 117 number of validated requests to have voter's signature stricken, not 17 as stated in our original petition, and thus the total number of valid signatures on the recall petition was certified as 1356, not 1456 as stated in our original petition. This clarification does not change the fact that the total number of valid signatures on the recall petition does not meet the required thirty-three and one-third percent.
Very truly yours,
 RICHARD P. IEYOUB ATTORNEY GENERAL
 ____________________________ CHARLES H. BRAUD, JR. Assistant Attorney General
RPI/CHB, jr.;mjb Enclosures
cc: Hon. Rickey A. Jones Registrar, Earl Morris Hon. W. Fox McKeithen Hon. Suzanne H. Terrell